THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRANDON VUOCOLO :
:
    Plaintiff :
:
v. : 3:12-CV-2434
: (JUDGE MARIANI)
WARDEN THOMAS DURAN :
:
    Defendant :

## ORDER

**AND NOW, THIS 12TH DAY OF FEBRUARY, 2013**, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 7) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 7) is **ADOPTED**.

2. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is **GRANTED**.

3. Defendant Clinton County Correctional Facility is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to serve Plaintiff's Complaint (Doc. 1) on Defendant Thomas Duran in accordance with FED. R. CIV. P. 4. Defendant Duran is requested to waive service pursuant to FED. R. CIV. P. 4(d).

5. The case is remanded to Judge Carlson for further pre-trial proceedings.

                                        Robert D. Mariani
                                        United States District Judge